IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v().    Case No. 21-CR-532-JFH

LUCAS JACK WOODS,

    Defendant.

## OPINION AND ORDER

Before the Court are three motions (collectively "Motions") filed by Defendant Lucas Jack Woods ("Defendant"): a motion to dismiss [Dkt. No. 58]; a motion to quash [Dkt. No. 59]; and a motion to suppress [Dkt. No. 60].

The Motions are each drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed any of the Motions. *See* Dkt. No. 57 (Andrew Casey appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss [Dkt. No. 58], motion to quash [Dkt. No. 59], and motion to suppress [Dkt. No. 60] are DENIED WITHOUT PREJUDICE.

Dated this 1st day of November 2022.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE